**Order entered October 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00759-CV

**DALLAS INDEPENDENT SCHOOL DISTRICT AND MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION, Appellants/Cross-Appellees**

**V.**

**ADRIAN PETERS, Appellee/Cross-Appellant**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01850-I**

## ORDER

We **GRANT** the October 27, 2014 extension motions of appellants/cross-appellees and

**ORDER** them to file their briefs no later than December 19, 2014.  No further extensions will be

granted absent exigent circumstances.

/s/      ADA BROWN
JUSTICE